FILED

10/05/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0610

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0610

_____

MARK DEMING,

      Plaintiff and Appellant

v.

JASON DEMING and KELLY DEMING,

      Defendants and Appellees.

O R D E R

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Katherine M. Bidegaray, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 5 2022